1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   ANDREW BROWN (Cal. Bar No. 172009)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0102
7       Facsimile: (213) 894-6269
        E-mail:    andrew.brown@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 2:24-CR-465-MEMF

13          Plaintiff,                 STIPULATION TO CONTINUE POST-
                                       INDICTMENT ARRAIGNMENT DATE
14            v.
                                       **CURRENT PIA DATE:**    9/25/24
15  JAMES RHYS KANTOR,                 **PROPOSED PIA DATE:**   10/10/24

16          Defendant.

17

18       The United States Attorney's Office, defendant James Rhys Kantor

19  ("defendant"), and defendant's counsel hereby stipulate to continue

20  the Post-Indictment Arraignment in the above-entitled case currently

21  set for September 25, 2024, to October 10, 2024.

22                                     *Andrew Brown*
    September 23, 2024
23  _____           _____
    DATE                              ASSISTANT UNITED STATES ATTORNEY
24
    September 23, 2024                 *James Kantor*
25  _____           _____
    DATE                              DEFENDANT
26
    September 23, 2024                 *David R. Evans*
27  _____           _____
    DATE                              COUNSEL FOR DEFENDANT
28