1    E. MARTIN ESTRADA
     United States Attorney
2    MACK E. JENKINS
     Assistant United States Attorney
3    Chief, Criminal Division
     ANDREW BROWN (Cal. Bar No. 172009)
4    Assistant United States Attorney
     Major Frauds Section
5         1100 United States Courthouse
          312 North Spring Street
6         Los Angeles, California 90012
          Telephone: (213) 894-0102
7         Facsimile: (213) 894-6269
          E-mail:    andrew.brown@usdoj.gov
8
     Attorneys for Plaintiff
9    UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
     UNITED STATES OF AMERICA,          No. 2:24-CR-465-MEMF
13
                 Plaintiff,             [PROPOSED] ORDER CONTINUING POST-
14                                      INDICTMENT ARRAIGNMENT DATE
                 v.
15                                      NEW PIA DATE:  10/10/2024
     JAMES RHYS KANTOR,
16
                 Defendant.
17

18        Upon stipulation of the parties, the United States of America,

19   by and through its counsel of record, Assistant United States

20   Attorney Andrew Brown, and defendant, James Rhys Kantor, both

21   individually and by and through his counsel of record, David R.

22   Evans, and good cause appearing, IT IS ORDERED THAT Post-Indictment

     *and initial appearance*
23   Arraignment in the above-entitled case is continued to October 10,

24   2024 *At 1:00 p.m. before the Duty Magistrate Judge.*

25

26   ___9/25/24_____               _____
     DATE                                UNITED STATES MAGISTRATE JUDGE
27                                            CHARLES F. EICK

28

                                    2